**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SEVITECH, LLC<br><br>Interpleader Plaintiff,<br><br>v.<br><br>NETORIAN, LLC, *et al.*,<br><br>Interpleader Defendants. | * * * * * * * * * * * | Case No. 1:21-cv-01500-SAG |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Upon consideration of Defendant Netorian, LLC's Motion for Default Judgment and for Release of Funds, it is this 22nd day of August, 2022, ORDERED that Defendant Netorian, LLC's Motion for Default Judgment and for Release of Funds be, and same hereby is, GRANTED; and it is

FURTHER ORDERED that default judgment be, and same hereby is, entered in favor of Plaintiff Netorian, LLC and against Defendants Queen Funding, LLC, Fundova, LLC, GFE NY, LLC d/b/a Global Funding Experts, Libertas Funding, LLC and Trust Capital Funding, LLC d/b/a Sutton Funding; and it is

FURTHER ORDERED that the funds totaling $20,504.00 currently on deposit in the Court's Registry in connection with this case are hereby released to Plaintiff Netorian, LLC.

/s/

STEPHANIE A. GALLAGHER
United States District Judge